```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/03/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PEDRO LIZ, *on behalf of himself and all others similarly situated*,

        Plaintiffs,

v.

SONOS, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:24-cv-03740-AT

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice. The parties further agree that, except as otherwise agreed between the parties, each party shall bear their respective fees and costs.

Dated: July 1, 2024

GABRIEL A. LEVY, P.C.

By: *Gabriel Levy*
Gabriel Levy
1129 Northern Blvd, Suite 404
Manhasset, NY 11030
Tel: 516-287-3458
Email: Glevy@glpcfirm.com
*Attorneys for Plaintiff*
*Pedro Liz*

BAKER & HOSTETLER LLP

By: *Eric R. Fish*
Eric R. Fish
45 Rockefeller Plaza
New York, NY 10111
Tel: 212-589-4200
Email: efish@bakerlaw.com
*Attorneys for Defendant*
*Sonos, Inc.*

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: July 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge